**No. 09-9494. Ray Anthony Pugh, Petitioner v. United States.**

561 U.S. 1011, 130 S. Ct. 3465, 177 L. Ed. 2d 1065, 2010 U.S. LEXIS 5123.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 358 Fed. Appx. 718.